NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


KARRIEM McDOWELL,                          )
                                           )
            Appellant,                     )
                                           )
v.                                         )          Case No. 2D17-3442
                                           )
STATE OF FLORIDA,                          )
                                           )
            Appellee.                      )
_____ )

Opinion filed May 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Susan B. Maulucci,
Judge.

Karriem McDowell, pro se.


PER CURIAM.


            Affirmed.


KHOUZAM, LUCAS, and SALARIO, JJ., Concur.